**Order filed March 29, 2022.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-22-00217-CV

———————

## IN THE INTEREST OF R.R.A., H.G.A., H.B.A., CHILDREN

**On Appeal from the 308th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-63090**

## O R D E R

This is an accelerated appeal from a judgment in a parental termination appeal. Appellant has filed a motion for extension of time to file a notice of appeal. The motion does not comply with the Texas Rules of Appellate Procedure, as it includes the full names of the minors at issue in this appeal. *See* Tex. R. App. P. 9.8(b)(1)(A).

Accordingly, we order appellant's motion **STRICKEN**. If appellant refiles a motion to extend time to file a notice of appeal, appellant must not include his own full name nor that of the mother of the minors at issue in this appeal, including in any certificate of service accompanying the motion. *See* Tex. R. App. P. 9.8(b)(1)(B).

PER CURIAM

Panel Consists of Justices Wise, Poissant, and Wilson.